MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0082 SBA |
|     Plaintiff, ) | |
|     v. ) | NOTICE OF DISMISSAL |
| BRANDON SIRAGUSA, ) | |
|     Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: JUNE 14, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

_/s/ Miranda Kane_
MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 11-0082 SBA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON SIRAGUSA,<br><br>    Defendant. | No. CR 11-0082 SBA<br><br>[~~XXXXXXX~~] [~~PROPOSED~~] ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the indictment.

Date: 6/21/11

*Saundra B. Armstrong* (signature)
SUSAN B. ARMSTRONG
United States District Judge

2